No. 88–5501.  CASTANO ET AL. *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 88–5503.  GENSLER *v.* NEW YORK.  Ct. App. N. Y.  Certiorari denied.

No. 88–5511.  BIGG *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir.  Certiorari denied.

No. 88–5518.  FERRELL *v.* TATE, SUPERINTENDENT, CHILLI- COTHE CORRECTIONAL INSTITUTION, CHILLICOTHE, OHIO.  C. A. 6th Cir.  Certiorari denied.

No. 88–5525.  KUNTZE *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–5527.  LEISURE *v.* UNITED STATES;
No. 88–5528.  LEISURE *v.* UNITED STATES; and
No. 88–5529.  LEISURE *v.* UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 88–5533.  ANDERSON *v.* UNITED STATES.  Ct. App. D. C. Certiorari denied.

No. 88–5535.  APODACA *v.* UNITED STATES.  C. A. 10th Cir. Certiorari denied.

No. 88–5537.  BOGGS *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–5541.  KING *v.* UNITED STATES.  C. A. 3d Cir.  Cer- tiorari denied.

No. 88–5553.  BUSH *v.* UNITED STATES.  C. A. 5th Cir.  Cer- tiorari denied.

No. 88–5554.  BIRDSELL *v.* SCHMIDT ET AL.  C. A. 5th Cir. Certiorari denied.

No. 88–5564.  FLEMING *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 88–5567.  SCHARDAR *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.